**EASTMAN KODAK COMPANY,**
Plaintiff–Appellant,

v.

**AGFA–GEVAERT N.V. and Agfa Corporation, Defendants–Cross Appellants.**

Nos. 2009–1212, 2009–1236.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2009.

Richard D. Rochford, Nixon Peabody LLP, of Rochester, NY, argued for plaintiff-appellant. With him on the brief was Michael F. Orman.

H. Michael Hartmann, Leydig, Voit & Mayer, Ltd., of Chicago, IL, argued for defendants-cross appellants. With him on the brief were Jeffrey B. Burgan, David M. Airan, and L. Scott Beall.

Before RADER and MOORE, Circuit Judges, and WILKEN, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

* The Honorable Claudia Wilken, District Judge, United States District Court for the Northern

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.